**UNITED STATES of America, Appellee,**

v.

**Jesus IBARRA–TORRES, Appellant.**

**No. 04–4192.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 29, 2005.

Decided: Jan. 5, 2006.

Thomas B. Heffelfinger, David M. Genrich, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

Jesus Ibarra–Torres, Taft, CA, pro se.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

**PER CURIAM.**

Jesus Ibarra–Torres appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. Having carefully reviewed the record, we agree with the district court that Ibarra–Torres is not entitled to a sentence reduction based on Amendment 484 to the Sentencing Guidelines because it was in effect when Ibarra–Torres was sentenced. *See* U.S.S.G.App. C, amend. 484; *United States v. Alvarez*, 210 F.3d 309, 310 (5th Cir.2000) (per curiam).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.